IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALI ABLAD, | ) | |
| | ) | |
| Petitioner, | ) | 8:05cv188 |
| | ) | |
| vs. | ) | ORDER on INITIAL REVIEW |
| | ) | |
| IMMIGRATION & NATURALIZATION SERVICE, | ) ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court for initial review of filing no. 1, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("§ 2241 petition") filed by the petitioner, Ali Ablad. The petitioner, a native of Morocco, is in the custody of the United States Attorney General, the United States Bureau of Immigration and Customs Enforcement ("BICE"), the United States Department of Homeland Security, and the Hastings Correctional Center after administrative termination of his status as a legal permanent resident in February of 2005. The petitioner asserts that his continued detention and the termination of his status as a legal permanent resident violate his constitutional and federal statutory rights. The court will order a response to the petitioner's claims.

THEREFORE, IT IS ORDERED:

1. That the Clerk of Court shall send copies of this Order and the Petition for Writ of Habeas Corpus to the Attorney General of the United States, the Assistant Secretary of the United States Bureau of Immigration and Customs Enforcement, and the Secretary of the United States Department of Homeland Security, all in care of Michael G. Heavican, the United States Attorney for the District of Nebraska;

2. That the Clerk of Court shall also send a copy of this Order and a certified copy of the § 2241 petition to the appropriate official of the Hastings Correctional Center;

3. That upon initial review of the § 2241 petition, the court concludes that summary dismissal of the § 2241 petition is not appropriate;

4. That by May 26, 2005, the respondent(s) shall answer or otherwise respond

to the § 2241 petition; and

     5.    That by June 13, 2005, the petitioner may reply to the response filed by the respondent(s).

     DATED this 9th day of May, 2005.

                             BY THE COURT:

                             s/ F. A. GOSSETT
                             United States Magistrate Judge