IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALI ALBAD, | ) | |
| | ) | |
| Petitioner, | ) | 8:05CV0188 |
| | ) | |
| vs. | ) | ORDER |
| | ) | (HABEAS CORPUS) |
| IMMIGRATION AND NATURALIZATION SERVICES, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

The petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a request to proceed in forma pauperis. The court has received a certified copy of the petitioner's institutional trust account information. I find that the petitioner is eligible to proceed in forma pauperis. Accordingly, I will grant the motion for leave to proceed in forma pauperis, and the petitioner is excused from paying the filing fee.

Therefore, the petitioner's motion for leave to proceed in forma pauperis is granted.

SO ORDERED.

DATED this 6th day of May, 2005.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge