IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALI ABLAD, | ) | |
| | ) | |
| Petitioner, | ) | 8:05cv188 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| IMMIGRATION & NATURALIZATION SERVICE, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 9, the motion by the petitioner, Ali Ablad, for a voluntary dismissal of the above-entitled habeas corpus case. Pursuant to Fed. R. Civ. P. 41(a)(2), the motion is granted. Judgment of dismissal without prejudice will be entered accordingly.

DATED this 31st day of May, 2005.

BY THE COURT:


/s Richard G. Kopf
United States District Judge